

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00320-CR
## NO. 02-14-00321-CR
## NO. 02-14-00322-CR
## NO. 02-14-00323-CR

ERIK WHITE                                                 APPELLANT

V.

THE STATE OF TEXAS                                         STATE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1316391D, 1330277D, 1330414D, 1331423D

------------

## ORDER

------------

We have considered the "State's First Motion For Extension Of Time To File Its Brief On Appeal."

The motion is **GRANTED**. The State's brief is ordered due **Wednesday, May 06, 2015.**

The clerk of this court is directed to transmit a copy of this order to the attorneys of record.

DATED April 7, 2015.

PER CURIAM